THE HONORABLE BENJAMIN H. SETTLE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# IN TACOMA

| | |
|---|---|
| PEASE & SONS, INC., a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>OHIO SECURITY INSURANCE COMPANY, a foreign insurance company,<br><br>Defendant. | No. 3:24-cv-05394-BHS<br><br>STIPULATED MOTION AND ORDER TO EXTEND CERTAIN COURT DEADLINES<br><br>**NOTE ON MOTION CALENDAR: SEPTEMBER 17, 2024** |

## I. STIPULATION

Plaintiff Pease & Sons, Inc. and Defendant Ohio Security Insurance Company, by and through their respective counsel, jointly file this Stipulation and Motion to Extend the Court Deadlines to exchange Initial Disclosures and file the Joint Status Report and Discovery Plan by four weeks. This Court issued deadlines for the parties to exchange Initial Disclosures no later than September 19, 2024, and to file the Joint Status Report and Discovery Plan by September 26, 2024 (*Dkt. 9*).

STIPULATED MOTION AND ORDER TO EXTEND CERTAIN COURT DEADLINES - 1

**Cause No. 3:24-cv-05394-BHS**

HARPER | HAYES PLLC
1200 Fifth Avenue, Suite 1208
Seattle, Washington 98101
Telephone: 206-340-8010

The parties have reached a tentative settlement, but have not yet executed a settlement agreement.  The parties anticipate finalizing their settlement within four weeks, and therefore request a corresponding extension of the deadlines to exchange Initial Disclosures and file the Joint Status Report and Discovery plan.

DATED this 17th day of September, 2024.

HARPER | HAYES PLLC

By: s/ *Todd C. Hayes*
    Todd C. Hayes, WSBA No. 26361
    1200 Fifth Avenue, Suite 1208
    Seattle, WA 98101
    (206) 340-8010
    todd@harperhayes.com
    Attorneys for Plaintiff

NICOLL BLACK & FEIG PLLC

By: s/ *Matthew Erickson*
    Matthew Erickson, WSBA # 43790
    1325 Fourth Avenue, Suite 1650
    Seattle, WA  98101
    (206) 838-7555
    MErickson@nicollblack.com
    Attorneys for Defendant

STIPULATED MOTION AND ORDER TO EXTEND CERTAIN COURT DEADLINES - 2

Cause No. 3:24-cv-05394-BHS

HARPER | HAYES PLLC
1200 Fifth Avenue, Suite 1208
Seattle, Washington  98101
Telephone: 206-340-8010

## II. ORDER

Based on the above Stipulation, it is ordered that the deadline for the parties to exchange Initial Disclosures is now October 17, 2024 and the deadline for the parties to submit their Joint Status Report and Discovery Plan to the Court is now October 24, 2024.

DATED THIS 17th day of September, 2024.

BENJAMIN H. SETTLE
United States District Judge

Presented by:

HARPER | HAYES PLLC

By: s/ *Todd C. Hayes*
    Todd C. Hayes, WSBA # 26361
    todd@harperhayes.com
    Attorneys for Plaintiff

NICOLL BLACK & FEIG PLLC

By: s/ *Matthew Erickson*
    Matthew Erickson, WSBA # 43790
    MErickson@nicollblack.com
    Attorneys for Defendant

STIPULATED MOTION AND ORDER TO EXTEND CERTAIN COURT DEADLINES - 3

Cause No. 3:24-cv-05394-BHS

HARPER | HAYES PLLC
1200 Fifth Avenue, Suite 1208
Seattle, Washington 98101
Telephone: 206-340-8010