UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PEASE & SONS, INC., a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>OHIO SECURITY INSURANCE COMPANY, a foreign insurer,<br><br>Defendant. | No.: 3:24-cv-05394-BHS<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH AND WITHOUT PREJUDICE**<br><br>**NOTE ON MOTION CALENDAR:**<br>**October 23, 2024** |

## **STIPULATION**

The parties hereto, plaintiff Pease & Sons, Inc. ("Pease"), and defendant Ohio Security Insurance Company ("OSIC"), by and through their respective attorneys of record, hereby stipulate and agree as follows:

- All extracontractual claims asserted in this action by Pease against OSIC shall be dismissed <u>with prejudice</u> and without costs to any party.
- All other claims asserted in this action by Pease against OSIC shall be dismissed <u>without prejudice</u> and without costs to any party.

The parties request that the Court enter the below proposed Order of dismissal.

STIPULATION AND ORDER OF DISMISSAL WITH AND WITHOUT PREJUDICE - 1
(3:24-cv-05394-BHS)

LAW OFFICES OF
**NICOLL BLACK & FEIG**
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
TEL: 206-838-7555
FAX: 206-838-7515

1   Dated this 23rd day of October, 2024.

2

3

4   HARPER | HAYES PLLC                         NICOLL BLACK & FEIG, PLLC

5   *\*\* via email authority 10.23.24*

6   /Todd C. Hayes                              /s/ Matthew C. Erickson
    Todd C Hayes, WSBA #26361                   Matthew C. Erickson, WSBA # 43790
7   *Attorney for Plaintiff Pease & Sons, Inc.* *Attorney for Defendant Ohio Security
                                                Insurance Company*
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION AND ORDER OF
DISMISSAL WITH AND
WITHOUT PREJUDICE - 2
(3:24-cv-05394-BHS)

LAW OFFICES OF
**NICOLL BLACK & FEIG**
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
TEL: 206-838-7555
FAX: 206-838-7515

# ORDER

PURSUANT TO THE ABOVE STIPULATION, and the Court being fully advised in the premises, NOW, THEREFORE,

IT IS HEREBY ORDERED, ADJUDGED and DECREED as follows:

- All extracontractual claims in this lawsuit by plaintiff Pease & Sons, Inc. against defendant Ohio Security Insurance Company shall be dismissed **with prejudice** and without costs to any party.

- All other claims in this lawsuit by plaintiff Pease & Sons, Inc., against defendant Ohio Security Insurance Company shall be dismissed **without prejudice** and without costs to any party.

DATED this 24th day of October, 2024.

_____
Honorable Benjamin H. Settle
United States District Judge

*Presented by:*

NICOLL BLACK & FEIG, PLLC

*/s/ Matthew C. Erickson*
Matthew C. Erickson, WSBA # 43790
*Attorney for Defendant Ohio Security Insurance Company*

STIPULATION AND ORDER OF DISMISSAL WITH AND WITHOUT PREJUDICE - 3
(3:24-cv-05394-BHS)

LAW OFFICES OF
**NICOLL BLACK & FEIG**
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
TEL: 206-838-7555
FAX: 206-838-7515

# **CERTIFICATE OF SERVICE**

I hereby certify that on October 23, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Todd C. Hayes
HARPER | HAYES PLLC
1200 Fifth Avenue, Suite 1208
Seattle, WA 98101
(206) 340-8010
todd@harperhayes.com
Attorneys for Plaintiff

Ian McDonald

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH AND WITHOUT PREJUDICE - 4
(3:24-cv-05394-BHS)

LAW OFFICES OF
**NICOLL BLACK & FEIG**
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
TEL: 206-838-7555
FAX: 206-838-7515